**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRUCE WILDE,

    Plaintiff,

v.                             Case No: 8:12-cv-1556-T-30MAP

PROTECTION ONE ALARM
MONITORING, INC.,

    Defendant.

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1556 dismiss 10.docx